# FACTUAL PROFFER

**United States v. Larry Eugene Helms**
**Case No. 11-20034-CR-Seitz**

Larry Helms is a former client of Marc M. Harris, the operator of an offshore tax evasion scheme in the Republic of Panama during the mid-1990's to early 2000's. Harris's organization was aimed at U.S. businessmen seeking "asset protection" and typically involved the creation of fictitious foreign corporations that were used for purposes such as issuing false invoices (to claim deductible business expenses), or as a direct means by which a businessman could secretly receive income from customers.

For approximately the last thirty years, Larry Helms has worked in the home construction business in North Carolina, and has owned and operated various business entities in that field. One of these businesses is American Elite Homes ("AEH"), a C-corporation started by Helms in 1990 that specializes in the manufacture and delivery of "panelized" homes. Through a friend, Lawrence Gandolfi, Helms was introduced to Marc Harris in the mid-1990's and shortly thereafter decided to participate in the illegal tax schemes offered by his organization. Specifically, it was agreed that shell corporations (named "New Enterprises Services," "The Wizard Corporation," and "Bevilux") would be created for the sole purpose of generating false invoices which, in turn, would be "paid" by Helms and deducted from his corporate returns. In reality, no work was ever performed by these companies and the money Helms sent to Panama was to be invested and repatriated back to him. As it turned out, Mr. Helms ending up losing the money he sent to Panama due to fraud and mismanagement committed by Marc Harris.

In approximately 2001, Helms chose to leave the Harris Organization but he continued to evade his federal income taxes with the assistance of individuals familiar with the operation of Harris's schemes. These individuals included Robert Payne, a disbarred Maryland attorney formerly in charge of the Harris Organization's tax department who opened a return preparation business in South Florida, and Boyce Richard Griffin, a former Harris employee who branched out and opened his own business in Panama, Offshore Management Alliance, that offered the same illegal tax schemes as Marc Harris. Between 2001 and 2007, bogus shell companies were created and used by Griffin to assist Helms in evading his personal and corporate income taxes. These shell corporations included "Fort Lauderdale Advertising" and "AIG Administrative Services," and they were used to issue invoices for bogus advertising expenses that were later deducted on Helms's corporate returns. In addition to this corporate income tax fraud, between 2002 and 2007 Helms falsified his personal returns, as well, by intentionally omitting the repatriated income he received back from Griffin and by inserting false items like bogus loan agreements designed to further lower his taxable income. As a result of these schemes, and with the assistance of the above-named co-conspirators and others, Helms successfully evaded $52,327 in individual incomes taxes and $54,633 in corporate income taxes, for a total tax loss of $106,960.

Larry Eugene Helms
Defendant

Date 1/25/11

Ralph Caccia, Esq.
Attorney for Defendant

Date 1/25/11

Gregory E. Tortella (by Mitch Bober)
Gregory E. Tortella
Special Attorney
Department of Justice, Tax Division

Date 1/25/11

Mitchell S. Bober
Special Attorney
Department of Justice, Tax Divsion

Date 1/25/11